In the

Twelfth Court of appeals

At Tyler        , TX

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB - 9 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Justin Christian
Appellant,

V

The State of TEXAS
Appellee

Appeal of cause number 19062 From the 369th Judicial district court of Cherokee County

First Motion for extension of time to file Appellant's Pro Se brief or response to Anders Brief

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now Justin Christian     , Appellant Pro se, and respect-fully moves the Court to extend the deadline for filing his brief (or response) by thirty days. In support, Appellant would show the following:

I.

ON Aug 8 2014 the Jury (or Judge) found Appellant guilty of Motion to revoke / Fam Vio impeding. The Jury (or Judge) assessed punishment at 10 years imprisonment in The TEXAS Department of Criminal Justice.

Date: 2·1·15

## II.

On Jan 12 2015, Appellant recieved notice by mail that his Appeal Attorney filed an Anders brief on his behalf and notice that Appellant had a right to file pro se brief or response to the Anders brief.

## III.

On 1-12-15, the Appellant record was First made available to Appellant. The deadline for filing Appellant's brief or response is Feb 11 2015.

## IV.

This is the Appellants First request for extension. Appellant is unable to meet the deadline for the following reasons: Limited Law Library & Limited Legal Knowledge.

## V.

For the reasons stated above, Appellant respectfully requests an additional thirty days to complete pro se brief or response in support of Appellants Appeal

## VI.

Appellant prays that the Court grant this motion and extend the time to file Appellants pro se brief or response by thirty days, extending the deadline to March 13 2015

Respectfully submitted

Justin Christian

Appellant, Pro Se
P.O Box 9000
Henderson, TX 75653

Date: 2-1-15